UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   JOSEPH MICHAEL SEBOSKY         §           Case No.: 09-33144
         LORI ANN SEBOSKY               §
                                        §
         Debtor(s)                      §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/04/2009.

2) This case was confirmed on 11/12/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/12/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/09/2009.

6) Number of months from filing to the last payment:  2

7) Number of months case was pending:  6

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    4,300.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 1,600.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 1,600.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,486.40 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 113.60 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,600.00 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA HOME | OTHER | .00 | NA | NA | .00 | .00 |
| CODILIS & ASSOCIATES | SECURED | 27,282.00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,608.00 | .00 | 2,608.00 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 2,608.00 | NA | NA | .00 | .00 |
| CODILIS & ASSOCIATES | UNSECURED | 27,282.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 109,538.00 | .00 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 27,436.00 | 27,436.56 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | 16,974.00 | NA | NA | .00 | .00 |
| INDYMAC BANK | SECURED | .00 | .00 | 6,000.00 | .00 | .00 |
| ONEWEST BANK FSB | SECURED | 320,000.00 | 376,141.17 | .00 | .00 | .00 |
| ONEWEST BANK FSB | UNSECURED | 46,555.00 | NA | NA | .00 | .00 |
| INDYMAC BANK | SECURED | 24,460.00 | .00 | .00 | .00 | .00 |
| INDYMAC BANK | UNSECURED | 24,460.00 | NA | NA | .00 | .00 |
| JUDICIAL SALES CORP | SECURED | .00 | .00 | .00 | .00 | .00 |
| INDYMAC BANK | UNSECURED | 8,000.00 | NA | NA | .00 | .00 |
| ADT SECURITY SERVICE | UNSECURED | 918.00 | NA | NA | .00 | .00 |
| ADVOCATE ILLINOIS MA | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 353.00 | NA | NA | .00 | .00 |
| ALLSTATE FUNDING | OTHER | .00 | NA | NA | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 2,299.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| ASSOCIATED INTERNAL | UNSECURED | 65.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE | UNSECURED | 1,919.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,611.00 | 1,992.01 | 1,992.01 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,951.00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | 12,562.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| HOMAN CONDO | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| COOK COUNTY STATES A | UNSECURED | 301.00 | NA | NA | .00 | .00 |
| ALLSTATE INSURANCE C | OTHER | .00 | NA | NA | .00 | .00 |
| DEL GUIDICE INCOME T | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| DIAGNOSTIC IMAGING A | UNSECURED | 86.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 1,205.00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE | UNSECURED | 843.00 | NA | NA | .00 | .00 |
| ELK GROVE LAB PHYSIC | UNSECURED | 24.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 651.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| HEAD & NECK AND COSM | UNSECURED | 5,709.00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | 13,333.00 | NA | NA | .00 | .00 |
| HOMAN CONDO | UNSECURED | 6,866.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 1,937.00 | NA | NA | .00 | .00 |
| HSBC | OTHER | .00 | NA | NA | .00 | .00 |
| RMC EMERGENCY PHYSIC | UNSECURED | 217.00 | NA | NA | .00 | .00 |
| RMC PATHOLOGY | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS MASSONIC ME | UNSECURED | 1,095.00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| ADT SECURITY SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| NISSAN MOTOR ACCEPTA | UNSECURED | 15,000.00 | 14,680.57 | 14,680.57 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,995.00 | 2,281.27 | 2,281.27 | .00 | .00 |
| PHYSICIAN CARE | UNSECURED | 2,419.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| RESSURECTION MEDICAL | UNSECURED | 262.00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 1,143.00 | NA | NA | .00 | .00 |
| RMC PATHOLOGY ASSOCI | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| SLEEP DIAGNOSTICS | UNSECURED | 1,909.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL DISTRI | UNSECURED | 879.00 | 875.42 | 875.42 | .00 | .00 |
| HSBC FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 302.00 | 102.08 | 102.08 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 563.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ROB LOMBARDO | OTHER | .00 | NA | NA | .00 | .00 |
| ONEWEST BANK FSB | OTHER | NA | NA | NA | .00 | .00 |
| ONEWEST BANK FSB | SECURED | NA | 29,734.10 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | 6,953.52 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 6,000.00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 2,608.00 | .00 | .00 |
| **TOTAL SECURED:** | 8,608.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 19,931.35 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,600.00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,600.00 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/16/2010            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**